RECEIVED
JAN 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

AHTNA GOVERNMENT SERVICES CORPORATION,

PLAINTIFF(s),

v.

CAPITAL RESOURCE FUNDING, INC.,

DEFENDANT(s).

Case No. 3AN-04-7208 CI

### NOTICE OF PROOF OF BANKRUPTCY FILING

COMES NOW Defendant, Capital Resource Funding, Inc., and attaches hereto the Involuntary Petition filed in the United States Bankruptcy Court for the Eastern District of Virginia. As a result, Capital Resource Funding, Inc., respectfully requests that this Court appropriately enter a Stay of this action pending resolution of the Bankruptcy proceedings involving Capital Resource Funding, Inc.

Dated this __14__ day of December, 2005.

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was mailed on the __14__ day of December, 2005, to:

Michael C. Geraghty, Esq.
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, AK 99501-2033

_____
Herbert A. Viergutz

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

| United States Bankruptcy Court<br>Eastern District of Virginia | INVOLUNTARY<br>PETITION |
|---|---|

| IN RE (Name of Debtor - If individual Last, First, Middle)<br>**Capitol Resource Funding, Inc.** | ALL OTHER NAMES used by debtor in the last 6 years<br>(include married, maiden, and trade names)<br>Capitol Resources, Inc.<br>Capitol Resources Funding, Inc. of Virginia |
|---|---|
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>0540813-3 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>515 King Street<br>Suite 310<br>Alexandria, VA 22314 | MAILING ADDRESS OF DEBTOR (If different from street address)<br>Julie Quagliano Westemeier<br>2405 N. Ottawa Street<br>Arlington, VA 22205 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>City of Alexandria | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual    ☐ Corporation Publicly Held
☐ Partnership    ☒ Corporation Not Publicly Held
☐ Other: _____

A. TYPE OF BUSINESS (Check One)
☐ Professional    ☐ Transportation    ☐ Commodity Broker
☐ Retail/Wholesale    ☐ Manufacturing/    ☐ Construction
☐ Railroad    Mining    ☐ Real Estate
☐ Stockbroker    ☒ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
Finance Company providing factoring and accounts receivable management systems

VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtors (Filed Contemporaneously) | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

C 2 8

FORM 5 Involuntary Petition

Name of Debtor: Capitol Resource Funding, Inc.
Case No.: _____
(court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. |

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| X _____ Authorized Signatory<br>Patricia Giles, General Manager<br>Signature of Petitioner or Representative (State title) | X _____ 8/26/04<br>Date |
| Big Horn Rural Electric Company<br>August 20 2004<br>Name of Petitioner    Date Signed | Dharmesh S. Vashee (VSB No. 48864)<br>Name of Attorney Firm (If any)<br>Akin Gump Strauss Hauer & Feld LLP |
| Name & Mailing Address of Individual Signing in Representative Capacity | Patricia Giles<br>P.O. Box 270<br>Basin, WY 82410 | Address *<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>Telephone No. (202)887-4000 |

*and 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201

490005.0006/WEST/5573215

C 3 8

FORM 5 Involuntary Petition

Name of Debtor: Capital Resource Funding, Inc.
Case No. _____
(court use only)

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.
Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Don D. Brunner, Authorized Signatory
General Manager
Signature of Petitioner or Representative (State title)

X _____  8/26/04
                            Date

High West Communication          August __, 2004
Name of Petitioner               Date Signed

Dharmesh S. Vashee (VSB No. 48864)
Name of Attorney Firm (If any)
Akin Gump Strauss Hauer & Feld LLP

Name & Mailing Address of Individual Signing in Representative Capacity:
Don D. Brunner
6270 County Road 212
P.O. Box 519
Pine Bluffs, WY 82082

Address*
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone No. (202) 887-4000

*and 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201

490005.0006/WEST/5573215

C 4 8

FORM 5 Involuntary Petition

Name of Debtor: Capitol Resource Funding, Inc.
Case No. _____
(court use only)

| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X *James A. Hudelson* Authorized Signatory | X *[signature]*    8/26/04 Date |
| Signature of Petitioner or Representative (State title) *Executive Vice President/General Manager* | |
| WYRULEC Company           August 20, 2004 Name of Petitioner                Date Signed | Dharmesh S. Vashee (VSB No. 48864) Name of Attorney Firm (If any) Akin Gump Strauss Hauer & Feld LLP |
| Name & Mailing Address of Individual Signing in Representative Capacity | James A. Hudelson 500 Main Street P.O. Box 359 Lingle, WY 82223 | Address Robert S. Strauss Building 1333 New Hampshire Avenue, N.W. Washington, DC 20036-1564 Telephone No. (202) 887-4000 |

*and 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201

490005.0006/WEST/5573215

C 5 8

FORM 5 Involuntary Petition

Name of Debtor: Capi Resource Funding, Inc.
Case No. _____
(court use only)

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Big Horn Rural Electric Company<br>P.O. Box 270<br>Basin, WY 82410 | Unsecured Note | $900,000 (plus interest) |
| High West Communication<br>6270 County Road 212<br>P.O. Box 519<br>Pine Bluffs, WY 82082 | Unsecured Note | $715,033.42 |
| WYRULEC Company<br>500 Main Street<br>P.O. Box 359<br>Lingle, WY 82223 | Unsecured Note | $250,000 (plus interest) |
| | | |

490005.0006/WEST/5573215

C 6.8

FORM 5 Involuntary Petition

Name of Debtor: Capit█ Resource Funding, Inc.
Case No. _____
(court use only)

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.) | | |
|---|---|---|
| Name of Debtors (Filed Contemporaneously) | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtors (Filed Contemporaneously) | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtors (Filed Contemporaneously) | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtors (Filed Contemporaneously) | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtors (Filed Contemporaneously) | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtors (Filed Contemporaneously) | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtors (Filed Contemporaneously) | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtors (Filed Contemporaneously) | Case Number | Date |

490005.0006/WEST/5573215

C 7 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re  __Capitol Resource Funding, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**ALEXANDRIA DIVISION**
Cities:
- ☒ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

Counties:
- ☐ Arlington-013
- ☐ Fairfax-059
- ☐ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

**RICHMOND DIVISION**
Cities:
- ☐ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

Counties:
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☐ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond(county)-159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

**NORFOLK DIVISION**
Cities:
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

Counties:
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

**NEWPORT NEWS DIVISION**
Cities:
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

Counties:
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

Date: __8/23/04__



Signature of Attorney or *Pro Se* Debtor
Dharmesh S. Vashee (VSB No. 48864)

_____
Signature of Joint Debtor (if case is a joint case and debtors are not represented by an attorney)

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

Ver. 8/22/00

IN THE SUPERIOR/DISTRICT COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

**AHTNA Government Services Corporation**
　　　　Plaintiff(s),

vs.

vs.
**Capitol Resource Funding, Inc.**
　　　　Defendant(s)

CASE NO.   3AN-04-07208CI

## NOTICE OF STAY OF PROCEEDINGS ON BANKRUPTCY

In accordance with 11 U.S.C. § 362, notice is hereby given that further action in this case is **STAYED** as to Capitol Resource Funding Inc, upon the condition that Capitol Resource Funding Inc notifies this court immediately of any changes in the bankruptcy action that may affect this case.

DATED 12/15/2005, at Anchorage, Alaska.

_____
Judge's Signature
Presiding Superior, M Christen, AO-05-23
_____
Type or Print Judge Name

I certify that on /2-/6-05
a copy of this order was mailed or
delivered to:
~~Trial Court Accounting~~
Michael C. Geraghty ✓
Herbert A Viergutz ✓

~~Secretary~~/Clerk:

**File Copy**

TF-970cv (2/05)
Bankruptcy Notice - Stay

11 U.S.C. § 362