RECEIVED
JAN 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

AHTNA GOVERNMENT SERVICES CORPORATION,
        Plaintiff,

vs.

CAPITOL RESOURCE FUNDING, INC.
        Defendant.

Case No. 3AN-04-07208 CI

## ORDER

The Court has received plaintiff's Motion to Reconsider Stay of Proceedings on Bankruptcy Notice of 15 December 2005. Plaintiff alleges that a stay of proceedings on bankruptcy is inappropriate in this case and that it should be restored to active calendar. Defendant has twenty (20) days from the date of this Order in which to file opposition to this Motion to Reconsider.

Dated: 22 DEC 2005

CRAIG STOWERS
SUPERIOR COURT JUDGE

I certify that on 12.22.05 a copy of the above was mailed/faxed to each of the following at their address of record:
Viergutz / Geraghty

S. David
Judicial Assistant



ORDER
*Ahtna Gov't Services Corp. v. Capital Resource Funding Inc.* Case No. 3AN-04-07208 CI
Page 1

**IN THE SUPERIOR COURT FOR THE STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT AT ANCHORAGE**

AHTNA GOVERNMENT SERVICES CORPORATION,

    PLAINTIFF(s),

v.

CAPITAL RESOURCE FUNDING, INC.,

    DEFENDANT(s).

Case No. 3AN-04-7208 CI

## NOTICE OF FILING FOR REMOVAL

Please take notice that Defendant Capitol Resource Funding, Inc., by the undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. § 1446(d) that Defendant has removed this matter to the United States District Court for the District of Alaska in accordance with 28 U.S.C. § 1441, et. seq. A copy of the Notice of Removal filed with the United States District Court is attached hereto as Exhibit 1.

Dated this __11__ day of January, 2006.

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the above was mailed on the __11__ day of January, 2006, to:

Michael C. Geraghty, Esq.
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, AK 99501-2033

_____
Herbert A. Viergutz

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

1  Barokas Martin & Tomlinson
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334
   Attorneys for Capital Resource Funding, Inc.
4

## UNITED STATES DISTRICT COURT FOR DISTRICT OF ALASKA

| AHTNA GOVERNMENT SERVICES CORPORATION, | |
|---|---|
| PLAINTIFF(s), | |
| v. | |
| CAPITAL RESOURCE FUNDING, INC., | Case No. _____ |
| DEFENDANT(s). | |

### NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW the Defendant, Capitol Resource Funding, Inc. (hereinafter "CRF"), by and through the undersigned counsel, and pursuant to 28 U.S.C. § 1441, specially appears and respectfully petitions this Court for removal of this action from the Superior Court at Anchorage, Alaska, Case Number 3AN-04-7208 CI, to the United States District Court for Alaska and as grounds therefor states as follows:

1. CRF is the Defendant in Case Number 3AN-04-7208 CI, which the Plaintiff, AHTNA Government Services Corporation (hereinafter "AHTNA"), filed in the Superior Court at Anchorage, Alaska on May 17, 2004. A true copy of the Summons and Complaint is attached hereto as Exhibit A.

2. On or about November 16, 2005, the Summons and Complaint were allegedly served upon CRF by certified to mail.

3. On or about December 7, 2005, CRF filed a Suggestion of Bankruptcy as to CRF. A true copy of the Suggestion of Bankruptcy is attached hereto as Exhibit B.

1


DEFENDANT'S EXHIBIT

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attorneys for Capital Resource Funding, Inc.

4. On or about December 14, 2005, CRF filed a Notice of Proof of Bankruptcy Filing. A true copy of the Notice of Proof of Bankruptcy Filing is attached hereto as Exhibit C.

5. On or about December 15, 2005, the Superior Court at Anchorage, Alaska entered a Notice of Stay of Proceedings on Bankruptcy.

6. The December 16, 2005 deadline for removal under 28 U.S.C § 1446(d) was effectively stayed by the Superior Court at Anchorage, Alaska's Notice of Stay of Proceedings on Bankruptcy.

7. Plaintiff AHTNA then filed its Motion to Reconsider Stay of Proceedings on or about December 21, 2005. A true copy of Plaintiff's Motion to Reconsider Stay of Proceedings is attached hereto as Exhibit D.

8. The Superior Court at Anchorage Alaska ordered Defendant CRF to respond to Plaintiff's Motion to Reconsider Proceedings on Bankruptcy Notice on or before January 11, 2006. A true copy of the Court's order is attached hereto as Exhibit E.

9. As of this date, no further pleading has been received regarding Civil Case Number 3AN-04-7208 CI in the Superior Court at Anchorage, Alaska.

10. The amount in controversy in this action, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars and 00/100 ($75,000).

11. Defendant CRF was a Virginia Corporation with its principal place of business in Alexandria, Virginia.

12. Plaintiff AHTNA is an Alaska corporation with its principal place of business in Anchorage, Alaska.

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attorneys for Capital Resource Funding, Inc.

13.　This court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332, and since the Defendant is not a citizen or resident of the State of Alaska, wherein the above-entitled action is pending, removal of the action to this Court is permitted pursuant to 28 U.S.C. § 1441(a).

14.　This Notice is being filed with this Court in compliance with 28 U.S.C. § 1446(b) and within thirty (30) days after service of the Summons and Complaint on CRF in the above-entitled matter since the deadline for removal was effectively stayed by the entered by the Superior Court at Anchorage, Alaska on December 15, 2005 Notice of Stay.

15.　Written notice of this filing has been given to AHTNA as required by 28 U.S.C. § 1446(d). A copy of said Notice is attached as Exhibit F. In addition, a copy of this Notice of Removal has been filed with the Clerk of the Superior Court at Anchorage, Alaska as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Capitol Resource Funding, Inc. respectfully requests that this Honorable Court order that: (a) the Stay entered in the Superior Court at Anchorage, Alaska in Civil Action 3AN-04-07208 CI be temporarily lifted to so that this action may be removed from the Superior Court at Anchorage, Alaska to this Court pursuant to 28 U.S.C. § 1441; (b) this action be removed from the Superior Court at Anchorage, Alaska to this Court pursuant to 28 U.S.C. § 1441; (c) Defendant CRF's right to oppose Plaintiff AHTNA's Motion to Reconsider Stay be preserved; and (d) any such other relief this Honorable Court deems just and equitable.

3

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attonrey for Capital Resource Funding, Inc.

Dated this __11__ day of January, 2006

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was mailed on the _11_ day of January, 2006, to:

Michael C. Geraghty, Esq.
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, AK 99501-2033

_____
Herbert A. Viergutz

4