

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attorney for Capital Resource Funding, Inc.

## UNITED STATES DISTRICT COURT FOR DISTRICT OF ALASKA

AHTNA GOVERNMENT SERVICES CORPORATION,

    PLAINTIFF(s),

v.

CAPITAL RESOURCE FUNDING, INC.,

    DEFENDANT(s).

Case No. 3:06cv10 JWS

**DEFENDANT CAPITAL RESOURCE FUNDING, INC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO STAY PENDING RESOLUTION OF VIRGINIA FEDERAL ACTION**

    Defendant, Capitol Resource Funding, Inc. ("CRF"), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(2), specially appears and respectfully submits this Motion to Dismiss for Lack of Personal Jurisdiction or, In the Alternative, to Stay Pending Resolution of Virginia Federal Action, Plaintiff AHTNA Government Services Corporation's ("AHTNA") Complaint for Declaratory Judgment. Attached and incorporated herewith is a Memorandum in Support of Defendant CRF's Motion to Dismiss for Lack of Jurisdiction or, In the Alternative, to Stay Pending Resolution of Federal Action.

    WHEREFORE, Defendant, CRF, requests that this Court GRANT Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and dismiss or, in the alternative, stay Plaintiff AHTNA's Complaint for Declaratory Judgment and award CRF any and all further relief this Court deems fair and just.

1

1  Barokas Martin & Tomlinson
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334
   Attorney for Capital Resource Funding, Inc.
4
       Dated this ___12___ day of January, 2006
5
6
                                    _____
7                                   Herbert A. Viergutz, Alaska Bar No. 8506088

8  **CERTIFICATE OF SERVICE**
   I HEREBY CERTIFY that a true
9  copy of the above was mailed on
   the 12 day of January, 2006, to:
10
   Michael C. Geraghty, Esq.
11 DeLisio Moran Geraghty & Zobel, P.C.
   943 West 6th Avenue
12 Anchorage, AK 99501-2033

13 _____
   Herbert A. Viergutz
14

15

16

17

18

19

20

21

22

23

24

25

26

2