Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attorney for Capital Resource Funding, Inc.

**UNITED STATES DISTRICT COURT FOR DISTRICT OF ALASKA**

AHTNA GOVERNMENT SERVICES CORPORATION,

PLAINTIFF(s),

v.

CAPITAL RESOURCE FUNDING, INC.,

DEFENDANT(s).

Case No. 3:06cv10 JWS

**ORDER**

IT IS HEREBY Ordered, Adjudged and Decreed that this matter is stayed pending resolution of Virginia Federal action.

Dated this _____ day of _____, 2006

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was mailed on the _12_ day of January, 2006, to:

Michael C. Geraghty, Esq.
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, AK 99501-2033

_____
Herbert A. Viergutz

1