RECEIVED
JAN 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attorneys for Capital Resource Funding, Inc.

## UNITED STATES DISTRICT COURT FOR DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION, PLAINTIFF, v. CAPITAL RESOURCE FUNDING, INC., DEFENDANT. | Case No. 3:06-cv-00010 JWS |

### NOTICE OF FILING RECORD

COMES NOW the Defendant Capitol Resource Funding, Inc. ("CRF"), by and through undersigned counsel of record, and herein files copies of all records and proceedings in the State Court in Case No. 3AN-04-7208 CI, which were not originally filed with the Removal action. A list of the documents both filed previously and on this date is as follows:

| Date | Document |
|---|---|
| 5/17/04 | Complaint |
| 5/17/04 | Summons - Capital Resource Funding |
| | Case Description |
| 12/30/04 | Statement of Good Cause in Response to Civil Rule 4(j) |
| 1/20/05 | Order granting Additional time to serve summons (no motion) |
| 1/20/05 | Order Re: Additional Time for Service of Summons and Complaint |
| 10/14/05 | Notice and Order of Dismissal for Failure to Serve Defendant |
| 11/3/05 | Motion to Re-Open Case and Issue Summons |
| 11/8/05 | Notice of Administrative Reassignment |

1

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attorneys for Capital Resource Funding, Inc.

| Date | Description |
|---|---|
| 11/14/05 | Order Granting Motion to Re-Open Case and Issue Summons |
| 11/15/05 | Summons: Capital Resource Funding |
| 12/7/05 | Suggestion of Bankruptcy As To Capital Resource Funding, Inc. |
| 12/8/05 | Entry of Appearance As Co-Counsel for Barokas Martin & Tomlinson |
| 12/8/05 | Order: 14 Day Bankruptcy Stay |
| 12/15/05 | Notice of Stay of Proceedings on Bankruptcy |
| 12/15/05 | Order: Bankruptcy Stay |
| 12/15/05 | Notice of Bankruptcy Filing |
| 12/21/05 | Motion to Reconsider Stay of Proceedings |
| 12/22/05 | Order Re: Motion to Reconsider |
| 12/30/05 | Statement of Good Cause In Response to Civil Rule 4(j) Notice |
| 1/12/06 | Notice of Filing For Removal to U.S. District Court |

Dated this __23__ day of January, 2006

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was mailed on the __23__ day of January, 2006, to:

Michael C. Geraghty, Esq.
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, AK 99501-2033

_____
Herbert A. Viergutz

2