## CASE DESCRIPTION

Case No. 3AN-04 -7208   ☐ District Court   ☒ Superior Court

1. Check the box below which best describes the case. Mark <u>one</u> box only. If the case involves both personal injury and property damage, check the appropriate box in the personal injury section.

<u>Cases Subject to Civil Rule 16(b)</u>

**CONTRACT**
- ☐ Debt - General (DEB)
- ☐ Real Estate Matter (REM)
- ☐ Other Contract (OCT)

**PERSONAL INJURY**
- ☐ Personal Injury - Auto (PIA)
- ☐ Personal Injury - Other (PIO)
- ☐ Wrongful Death (PID)

**PROPERTY DAMAGE**
- ☐ Property Damage - Auto (PDA)
- ☐ Property Damage - Other (PDO)

**MALPRACTICE**
- ☐ Medical Malpractice (MMP)
- ☐ Legal Malpractice (LMP)
- ☐ Other Malpractice (OMP)

**OTHER CIVIL**
- ☐ Foreclosure (FOR)
- ☐ Injunctive Relief (INJ)
- ☐ Quiet Title (QIT)
- ☒ Other (OCI). Please describe _Declaratory Relief_

<u>Cases Exempt From Civil Rule 16(b)</u>

**DOMESTIC RELATIONS**
- ☐ Dissolution Without Children (DIS)
- ☐ Dissolution With Children (DSC)
- ☐ Dissolution - One Spouse (DOS)
- ☐ Divorce Without Children (DIV)
- ☐ Divorce With Children (DVC)
- ☐ Legal Separation Without Children (LSP)
- ☐ Legal Separation With Children (LSC)
- ☐ Custody (CUS)
- ☐ Domestic Violence (DVI)
- ☐ Paternity (PAT)
- ☐ UIFSA - Child Support/Payment (UIF)
- ☐ License Action Review - Child Support (LAR)
- ☐ Other Domestic Relations (ODR)

**OTHER CIVIL**
- ☐ Application For Post-Conviction Relief (PCR)
- ☐ Change of Name (CON)
- ☐ Condemnation (CDM)
- ☐ Forcible Entry & Detainer (FED)
- ☐ Registration of Foreign Judgment (FOJ)
- ☐ Habeas Corpus (HAB)
- ☐ Minor Settlement (MIN)
- ☐ Election Contest or Recount Appeal (ELE) (Forward immediately to assigned judge.)

**APPEALS & PETITONS TO SUPERIOR COURT**
- ☐ Appeal – Administrative Agency (ADR)
- ☐ Appeal – Civil or Small Claims (ACI)
- ☐ Appeal – Criminal (ACR)
- ☐ Appeal – Minor Offense (AMO)
- ☐ Petition for Review from District Court (PRD)
- ☐ Petition for Review from Admin. Agency (PRA)

2. If you checked a box in the first column, fill in the name of each defendant below, one name per line.

| Name of Defendant | Appearance | Answer | Request for Entry of Default | Notice of Dismissal by Plaintiff | Confession of Judgment |
|---|---|---|---|---|---|
| Capitol Resources Funding, Inc. | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ Defendant list continued on back.

CIV-125 (6/03)(cs)(ht-front) CASE DESCRIPTION          Civil Rules 3(a) and 16(b) & (g)