IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

AHTNA GOVERNMENT SERVICES CORPORATION, )
)
)
Plaintiff(s), )
vs. )
)
CAPITOL RESOURCE FUNDING, INC. )
)
) CASE NO. 3AN- 04-7208 CI
Defendant(s). )
)

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Capitol Resource Funding, Inc., c/o ~~Registered~~ Agent
Julie Quagliano Westemeier, 2405 N Ottawa Street, Arlington, VA 22205

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney. Michael C. Geraghty, Esq. , whose address is: 943 West 6th Ave., Anchorage, AK 99501 .

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge __Suddock__.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

5/17/04
Date

By: H. Fuentes
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)                    G                    Civil Rules 4, 5, 12, 55
SUMMONS