IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

AHTNA GOVERNMENT SERVICES )
CORPORTION,                )
                Plaintiff, )
                           )
v.                         )   Case No. 3AN-04- 07208 CI
                           )
CAPITOL RESOURCE FUNDING, INC.)
                           )
                Defendant. )
                           )

**STATEMENT OF GOOD CAUSE
IN RESPONSE TO CIVIL RULE 4(j) NOTICE**

AHTNA GOVERNMENT SERVICES CORPORATION ("AGSC"), by and through its undersigned counsel, hereby states that good cause exists why this case should not be dismissed under Civil Rule 4(j) for failure to serve defendant. AGSC requests an additional 180 days to attempt resolution before serving summons and complaint on defendant Capital Resource Funding, Inc., (CRF).

This case involves a purely financial dispute between AGSC, an Alaska corporation, and CRF, a Virginia corporation. The dispute involves a complicated allocation of payments under a factoring agreement. The dispute has not been resolved, however, neither has it evolved to a point where serving the summons and complaint on CRF would be helpful to its resolution.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033


(907) 279-9574

00091151  Complaint for Declaratory Relief
Case No. 3AN-04 _____ CI

Page 1 of 2

Upon information and belief, CRF is currently in some financial distress and how it emerges from its current situation, if at all, may also affect whether this matter goes forward.

In these circumstances, AGSC requests that the court provide an additional 180 days for service of the summons and complaint. This will allow additional time for the dispute to resolve itself and will not result in any prejudice to the defendant. It will also avoid tying up judicial resources and requiring the parties to incur litigation expense that might well be avoided.

An order is attached for the court's consideration.

DATED this 30 day of December, 2004, at Anchorage, Alaska.

> DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
> Attorneys for Plaintiffs
>
> By: /s/ Michael C. Geraghty
> Michael C. Geraghty
> Bar No. 7811097

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska
99501-2033

00091151  Complaint for Declaratory Relief
Case No. 3AN-04 _____ CI

Page 2 of 2