IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORTION, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3AN-04- 07208 CI |
| CAPITOL RESOURCE FUNDING, INC.) ) | |
| Defendant. ) ) | |

### ORDER RE: ADDITIONAL TIME FOR SERVICE OF SUMMONS AND COMPLAINT

Upon application by the Plaintiff, and for good cause shown, the time for service of the summons and complaint in this matter is extended an additional 180 days.

IT IS SO ORDERED.

DATED: January 20, 2005

_____
Judge of the Superior Court

I certify that ___1/21/05___
a copy of the above was mailed to each of the following at their addresses of record: Raghty
_____
Secretary/Deputy Clerk

DELISIO MORAN
RAGHTY & ZOBEL, P.C.

43 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00091334  Order Re: Additional Time for
          Service of Summons and Complaint
Case No. 3AN-04 _____ CI

Page 1 of 1