IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

AHTNA Government Services
Corporation
                    Plaintiff(s),

vs.

Capitol Resource
Funding, Inc.
                    Defendant(s).

CASE NO.    3AN-04-07208CI

NOTICE AND ORDER OF DISMISSAL
FOR FAILURE TO SERVE DEFENDANT

## NOTICE

TO:  Plaintiff's Attorney/Plaintiff

Civil Rule 4(f) requires you to file an affidavit indicating the status of service on all defendants within 120 days after filing a complaint.  120 days or more have passed since you filed your complaint.  It appears that one or more defendants named in your complaint have not been served with a summons and a copy of the complaint.

An affidavit has not been filed.

Pursuant to Civil Rule 4(j), you are required to show good cause in writing why service is not complete.  If good cause is not shown within 30 days after the date of distribution of this notice, this action will be dismissed without prejudice as to all defendants not served.

I certify that on the date shown below, a copy of this Notice was distributed to the plaintiff and to the following defendants who have entered an appearance:  none

                    MICHAEL GERAGHTY

12-03-04

Date of Distribution                              Judge/Clerk

## ORDER

Pursuant to Civil Rule 4(j), this case is dismissed without prejudice as to the defendant(s) named below due to plaintiff's failure to serve the defendant(s) with the summons and complaint or show good cause why service was not completed:

    All defendants listed in the complaint.

If this dismissal resolves all remaining issues in this case, all property and exhibits held by the court and bonds posted in this matter are hereby ordered released.  Any of the above items not claimed within 30 days of the date of this order will be disposed of without further notice.

10-14-05

Effective Date                                    Judge/Clerk*

I certify that on  10-14-05
a copy of this order was sent to:
Clerk: _____ M. GERAGHTY

CIV-130 (8/93)                                              Civil Rule 4(j)
NOTICE/ORDER OF DISMISSAL FOR FAILURE TO SERVE DEFENDANT

VACATED PER JUDGE STOWERS 11-14-05 PM