IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION,   )<br>                                      )<br>            Plaintiff,               )<br>                                      )<br> v.                                   )<br>                                      )<br> CAPITOL RESOURCE FUNDING, INC.)<br>                                      )<br>            Defendant.               ) | Case No. 3AN-04- 07208 CI |

### MOTION TO RE-OPEN
### CASE AND ISSUE SUMMONS

This case was dismissed on October 14, 2005 for failure to serve defendant Capitol Resource Funding, Inc. ("CRF"). For the reasons discussed below, Plaintiff Ahtna Government Services Corporation ("AGSC") moves the court to re-open case and issue summons.

When the case was originally filed, service of summons and complaint was held back while parties were discussing resolution. CRF then filed Chapter 11 bankruptcy in Alexandria, Virginia, and service was then prohibited by the automatic stay. AGSC was not a creditor or party in the bankruptcy. On November 2, 2005, however, the undersigned learned that the confirmed Chapter 11 liquidating plan trustee for CRF had filed a

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

98560 - Motion to Re-Open Case and Issue Summons
*AGSC v. Capitol Resource*; Case No. 3AN-04-07208 CI; Page 1 of 2



complaint in Virginia against AGSC on the same subject matter raised in AGSC's complaint in 3AN-04-07208 CI.

AGSC has not been served with a summons and complaint in the Virginian matter. AGSC has no contact or relationship with the Virginia forum. CRF, on the other hand, knowingly took assignment of a contract with AGSC, an Alaska corporation. In these circumstances, AGSC requests this court to re-open 3AN-04-07208 Civil and issue a summons. Confirmation of a Chapter 11 plan and the resulting discharge ends the automatic stay. 11 U.S.C. §362(c). AGSC can now serve the summons and complaint on CRF so that the matter can proceed in Alaska, the proper forum.

A proposed order and summons are attached.

DATED this 3rd day of November, 2005, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Plaintiffs

By: _____
Bruce A. Moore
Bar No. 8611124

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

98560 - Motion to Re-Open Case and Issue Summons
*AGSC v. Capitol Resource*; Case No. 3AN-04-07208 CI; Page 2 of 2