IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| AHTNA Government Services Corporation<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Capitol Resource Funding, Inc.<br>　　　　　　　　Defendant. | CASE NO.　3AN-04-07208CI |

### NOTICE OF ADMINISTRATIVE REASSIGNMENT

This case has been administratively reassigned to Craig F Stowers for all purposes.

| 11/8/2005 | | MBrown |
|---|---|---|
| Date | | Clerk |

I certify that on 11/8/2005,　　　B Moore
a copy of this notice was mailed to:

Clerk: <u>MBrown</u>

TF-115cv (2/04)
NOTICE OF ADMINISTRATIVE REASSIGNMENT