IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

AHTNA GOVERNMENT )
SERVICES CORPORATION, )
)
                Plaintiff, )
)
v. )
)
CAPITOL RESOURCE FUNDING, INC.)
)
                Defendant. )  Case No. 3AN-04- 07208 CI
)

**ORDER GRANTING MOTION TO RE-OPEN CASE AND ISSUE SUMMONS**

Plaintiff has moved to re-open this case and issue summons. The court finding good cause in support of the order,

IT IS SO ORDERED that Plaintiff's motion is GRANTED, the case is re-opened and summons shall be issued.

Dated: 14 NOV 2005

THE HONORABLE DONALD D. HOPWOOD
SUPERIOR COURT JUDGE

CRAIG F. STOWERS
Superior Court Judge

NOV 03 2005

11-14-05
...ify that on ............... a copy
of the above was mailed to each of the following at
their addresses of record: M. Geraghty / B. Moore

Administrative Assistant

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

98565 - Order Granting Motion to Re-Open Case and Issue Summons
*AGSC v. Capitol Resource*; Case No. 3AN-04-07208 CI; Page 1 of 1