IN THE SUPERIOR/DISTRICT COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

**AHTNA Government Services Corporation**
    Plaintiff(s),

vs.

vs.
**Capitol Resource Funding, Inc.**
    Defendant(s)

CASE NO.   <u>3AN-04-07208CI</u>

### NOTICE OF STAY OF PROCEEDINGS ON BANKRUPTCY

In accordance with 11 U.S.C. § 362, notice is hereby given that further action in this case is **STAYED** as to Capitol Resource Funding Inc, upon the condition that Capitol Resource Funding Inc notifies this court immediately of any changes in the bankruptcy action that may affect this case.

DATED 12/15/2005, at Anchorage, Alaska.

*Morgan Christen*
_____
Judge's Signature

Presiding Superior, M Christen, AO-05-23
_____
Type or Print Judge Name

I certify that on  /2-/6-05
a copy of this order was mailed or delivered to:
~~Trial Court Accounting~~
Michael C. Geraghty ✓
Herbert A Viergutz ✓

~~Secretary~~/Clerk:

File Copy

TF-970cv (2/05)
Bankruptcy Notice - Stay

11 U.S.C. § 362