IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

|  |  |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION,<br>Plaintiff,<br><br>vs.<br><br>CAPITOL RESOURCE FUNDING, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3AN-04-07208 CI

**ORDER**

The Court has received plaintiff's Motion to Reconsider Stay of Proceedings on Bankruptcy Notice of 15 December 2005. Plaintiff alleges that a stay of proceedings on bankruptcy is inappropriate in this case and that it should be restored to active calendar. Defendant has twenty (20) days from the date of this Order in which to file opposition to this Motion to Reconsider.

Dated: 22 DEC 2005

CRAIG STOWERS
SUPERIOR COURT JUDGE

I certify that on 12.22.05 a copy
of the above was mailed/faxed to each
of the following at their address of record:
Vergues/ Geraghty
S.David
Judicial Assistant

ORDER
*Ahtna Gov't Services Corp. v. Capital Resource Funding Inc.* Case No. 3AN-04-07208 CI
Page 1