RECEIVED
JAN 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attorneys for Capital Resource Funding, Inc.

## UNITED STATES DISTRICT COURT FOR DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>CAPITAL RESOURCE FUNDING, INC.,<br><br>DEFENDANT. | Case No. 3:06-cv-00010 JWS |

### NOTICE OF FILING SERVICE LIST

COMES NOW the Defendant Capitol Resource Funding, Inc., by and through undersigned counsel of record, and files herewith the service list of the parties:

**PLAINTIFF**

Michael C. Geraghty, Esq.
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, AK 99501-2033
Phone: 279-9574
Fax: 276-4231

**DEFENDANT**

Stephen M. Seeger, Esq.
Uagliano & Seeger, P.C.
2620 P Street, NW
Washington, DC 20007
Phone: 202-822-8838
Fax: 202-822-6982

Herbert A. Viergutz
Barokas Martin & Tomlinson
1029 West 3rd Avenue, Suite 280
Anchorage, AK 99501
Phone: 276-8010
Fax: 276-5334

Dated this 23 day of January, 2006

_____
Herbert A. Viergutz, Alaska Bar No. 8506088

1

1  Barokas Martin & Tomlinson
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334
   Attorneys for Capital Resource Funding, Inc.
4
   **CERTIFICATE OF SERVICE**
5  I HEREBY CERTIFY that a true
   copy of the above was mailed on
6  the __23__ day of January, 2006, to:

7  Michael C. Geraghty, Esq.
   DeLisio Moran Geraghty & Zobel, P.C.
8  943 West 6th Avenue
   Anchorage, AK 99501-2033
9
   _/s/ Herbert A. Viergutz_
10 Herbert A. Viergutz

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          2