IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CAPITAL RESOURCE FUNDING, INC., | ) ) |
| Defendant. | ) Case No.: 3:06-cv-00010-JWS ) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff AHTNA Government Services Corporation hereby identifies AHTNA Inc. as its parent corporation.

DATED this 27th day of January, 2006, at Anchorage, Alaska.

```
                        DeLisio Moran Geraghty & Zobel, P.C.
                        Attorneys for Plaintiff

                            /s/ Michael C. Geraghty
                    By:_____
                        Michael C. Geraghty
                        Bar No. 7811097
                        DeLisio Moran Geraghty & Zobel P.C.
                        943 W. 6th Avenue
                        Anchorage, AK 99501
                        Phone: (907) 279-9574
                        Fax: (907) 276-4231
                        E-mail: mgeraghty@dmgz.com
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00100206.DOC - Rule 7.2 Disclosure Statement
*AGSC v. Capital Resource Funding*; Case No.: 3:06-cv-00010-JWS; Page 1 of 2

This is to certify that a true copy of
the foregoing was served via electronic
service or U.S. Mail this 27th day of
January, 2006, to the following:

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd, Ste. 280
Anchorage, AK 99501

```
        /s/ Juliana Wood
By  _____
        Juliana Wood
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

00100206.DOC - Rule 7.2 Disclosure Statement
*AGSC v. Capital Resource Funding*; Case No.: 3:06-cv-00010-JWS; Page 2 of 2