Bruce A. Moore
DeLisio Moran Geraghty & Zobel P.C.
943 W. 6th Avenue
Anchorage, AK 99501
Phone: (907) 279-9574
Fax: (907) 276-4231
Bar No. 8611124
E-mail: bmoore@dmgz.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAPITAL RESOURCE FUNDING, INC., | ) ) |
| Defendant. | ) Case No.: 3:06-cv-00010-JWS ) |

### AFFIDAVIT OF COUNSEL

| | | |
|---|---|---|
| STATE OF ALASKA | ) | |
| | ) | ss. |
| THIRD JUDICIAL DISTRICT | ) | |

Bruce A. Moore, being duly sworn upon oath, deposes and states:

1. I am counsel for Plaintiff AHTNA Government Services Corp. ("AGSC").

2. Attached hereto as *Exhibit A* is a true and correct copy of the Subcontract Agreement between AGSC and Management Assistance and Concepts Corporation ("MACC"), at issue in the above captioned matter.

3. Attached hereto as *Exhibit B* is a true and correct copy of the letter dated October 2, 2001, informing

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100212 - Affidavit of Counsel
*AGSC v. Capital Resource Funding*; Case No.: 3:06-cv-00010-JWS; Page 1 of 2

AGSC of MACC's relationship with Capital Resource Funding, Inc.

4. Attached hereto as *Exhibit C* is a true and correct copy of a November 5, 2001 letter and invoice identifying AGSC as having an Alaska address.

5. Attached hereto as *Exhibit D* is a true and correct copy of a letter dated January 6, 2004 identifying MACC's default under its agreement with Capital Resource Funding, Inc.

FURTHER THE AFFIANT SAYETH NAUGHT.

DATED this 27th day of January, 2006, at Anchorage, Alaska.

_____
Bruce A. Moore

SUBSCRIBED AND SWORN to before me this 27th day of January, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 1/24/07

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 27th day of January, 2006, to the following:

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd, Ste. 280
Anchorage, AK 99501

By /s/ Juliana Wood
_____
   Juliana Wood

DELISIO MORAN GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
(907) 279-9574

100212 - Affidavit of Counsel
*AGSC v. Capital Resource Funding*; Case No.: 3:06-cv-00010-JWS; Page 2 of 2