SUBCONTRACT AGREEMENT
BETWEEN
MANAGEMENT ASSISTANCE AND CONCEPTS CORPORATION
AND
AHTNA GOVERNMENT SERVICES CORPORATION

Subcontract made and entered this 26th day of September 2001 between Management Assistance and Concepts Corporation (hereinafter referred to as "MACC"), with its principal office at 203-A Calle del Oaks, Monterey, California 93940 and Ahtna Government Services Corporation (hereinafter referred to as "AGSC") with its principal office at 3003 Minnesota Drive, Suite 301, Anchorage, Alaska 99503.

WITNESSETH

WHEREAS, AGSC has entered into Contract Number 600-01-60124 with the Social Security Administration (SSA); and

WHEREAS, MACC is qualified and has an existing agreement to participate in this contract on a 53% AGSC and 47% MACC basis with AGSC in providing support under the Contract.

NOW, THEREFORE, it is mutually agreed as follows:

1. **Order of Precedence**. In the event of an inconsistency between provisions of this Subcontract, the inconsistencies shall be resolved by giving precedence in the following order:

    (a) FAR contract clauses (Attachment A)
    (b) other documents, exhibits, and attachments; and
    (c) the specifications contained in the AGSC-MACC Teaming Agreement and the AHTNA Inc.-MACC Umbrella Agreement.

2. **Effective Date**. The effective date of this Subcontract is 26 SEP 01.

3. **Travel.** Travel required in the performance of this Subcontract will be authorized in advance by the AGSC Program Manager when it is requested by the SSA and is going to be billable to the Government. The Joint Travel Regulation shall govern all travel by either AGSC or MACC that is to be billed against the SSA contract. All travel costs are non-fee bearing. When invoicing travel, proper documentation such as airline ticket receipts, hotel and car rental receipts, must be submitted with the invoice. All travel expenses must be submitted within 30 days of occurrence in order to be considered billable. Travel expense that is incurred as a cost of management oversight will not be reimbursable unless it has been approved in advance by the AGSC Program Manager.

4. **Place(s) of Performance**. Unless otherwise directed by the AGSC Program Manager, all work to be performed under this Agreement shall be performed by MACC at various Government agency locations, or at sites mutually agreed upon.

5. **Customer Interface**. AGSC shall be the prime interface with the government and shall direct MACC and coordinate all activity related to the prime contract. If communications are

1

initiated by the Government directly with the MACC concerning the Program, MACC will coordinate with AGSC prior to answering such communications if practicable or within 24 hours after responding to communications.

      6.    **Term**. It is hereby mutually agreed that the term of this Agreement shall be for the life of the specified contract, including extensions, additions, options and follow ons.

      7.    **Invoicing and Payment**. MACC will bill AGSC simultaneously with submission of the bill to SSA for 47% of the value of the work accomplished for the SSA during the billing cycle, less 50% of the supply budget, for each billing period that has been expensed. The 53%-47% distribution will be reconciled quarterly to the on-site payroll expense incurred by each company during the quarter and a reconciliation adjustment will be made as needed.

The supply budget will be refreshed periodically from the funds deducted from each invoice that would otherwise be available for distribution on the usual 53%-47% basis. The supply budget will be reviewed and reconciled on a quarterly basis during the quarterly review meeting of AGSC and MACC. The supply budget will be established and maintained by AGSC specifically for use in support of on-site activities at the SSA National Records Center in Independence, Missouri.

MACC will bill AGSC for all pre-approved reimbursable costs outside of direct performance of the contract including but not limited to proposal costs, pre-transition preparations costs and transition execution costs.

MACC will prepare and provide a pre-certified bill ready for submission to SSA within 3 business days after the end of the billing period as part of the on-going administration support for this contract. Said support will be compensated at a rate to be determined mutually. During the first month of the contract, this rate will be set at not-to-exceed $5,000.00 and will be billed based upon actual expenses.

After the first month, if AGSC in its sole discretion deems that administrative support from MACC is beneficial in optimizing contract performance, then AGSC and MACC will establish a fixed rate monthly bill for administrative support, including accounting and human resources support. This is not intended to cover internal day to day administration that is routine and customary within each individual corporation. This is intended to express equitable cost sharing of those activities jointly needed to support on-site staffing and production goals. This will be billed on a twice-monthly basis and will be billed separately from the direct contract performance bill. This rate will be subject to review and adjustment at the time of the AGSC-MACC quarterly review meeting.

The administrative support bill will be due within 15 days of submission. The proposal cost sharing bill will be due within 15 days of submission. The pre-transition cost-reimbursement bill will be due upon receipt. Bills for direct contract performance, including the transition costs will be due within 2 days after payment has been received by AGSC from SSA.

Invoices shall be addressed as follows:

> Ahtna Government Services Corporation, Attention Ms. Laura L. Gould,
> 3003 Minnesota Drive, Suite 301, Anchorage, Alaska 99503.

Note that failure to address invoices as specified above may result in delayed payments. All invoices must be supported with approved documentation.

The AGSC Project Manager will review the invoices for accuracy. If any discrepancies are noted, MACC will be notified within one work week. Discussions will be held between the parties to resolve the differences, and if no satisfactory resolution is reached, the discrepancy will be noted on the invoices. A copy of the discrepancy notice shall be furnished to MACC, and if possible, partial payment shall be made. Reduction of payments shall be subject to the Disputes Clause in the General Provisions.

8. **Required Standard of Workmanship**. Unless otherwise specifically provided in this Subcontract, the quality of all services rendered hereunder shall conform to the highest standards in the relevant profession, trade or field endeavor. All services shall be rendered by or supervised directly by individuals fully qualified in the relevant profession, trade or field, and holding any licenses required by law.

9. **Assignment**. MACC shall not assign its rights and duties under this Subcontract without prior written consent of AGSC.

10. **Warrants**. MACC warrants that no part of the total Subcontract amount paid to MACC hereunder shall be paid directly or indirectly to any officer or employee of the U.S. Government as wages, compensation, or gifts.

11. **Project/Technical Management**. AGSC's Program Manager, Mr. Chris Smith or his alternate Ms. Laura Gould, shall provide direction to MACC regarding the specific work to be performed hereunder. In the event direction is given that will effect the price and/or period of performance or otherwise is in conflict with the terms of this subcontract, MACC is responsible for notifying AGSC's Designated Representative set forth in Article 13 herein. MACC is further reminded that only AGSC's Designated Representative can modify the terms and conditions of this subcontract.

12. **Points of Contact**. Points of contact for technical issues for the parties are:

| | |
|---|---|
| Management Assistance and Concepts Corporation Kathleen C. Robison or Matthew P. Gustat III (831) 393-3190 | Ahtna Government Services Corporation Christopher R. Smith or Laura L. Gould (916) 372-2000 (907) 561-2705 |

3

13. **Subcontract Administration**. In regard to administrative and contractual matters relating to this Subcontract; the parties hereby appoint the below listed persons, or their duly authorized designee, as the only persons empowered to make commitments on behalf of their respective organizations to effect changes to any portion of this Subcontract:

| | |
|---|---|
| Management Assistance and Concepts Corporation | Ahtna Government Services Corporation |
| Kathleen C. Robison or Matthew . P. Gustat III | Christopher R. Smith or Laura L. Gould |
| 203-A Calle del Oaks | 3003 Minnesota Drive, Suite 301 |
| Monterey, CA 93940 | Anchorage, Alaska 99503 |
| (831) 393-3190 | (907) 561-2705 |

14. **Governing Law**. The interpretation and construction of this Subcontract shall be in accordance with the laws and statutes of the State of Alaska, subject to jurisdictional issues that may arise.

15. **Severability**. If any provision or portion thereof of this Subcontract is held to be invalid under any applicable statute or rule of law, such provision or portion thereof shall be deemed omitted without invalidating the remaining portions of this Subcontract.

16. **Waiver**. A waiver or any failure on either party's part to carry out any condition, requirement, term or part of this Subcontract shall not act as a waiver with respect to any recurrence of such failure, or with respect to a failure to carry out any other condition, term or part. Neither AGSC nor MACC shall be deemed to have waived condition, requirement, term or part hereof unless such waiver is in writing.

17. **Right of the Government**. The parties acknowledge the right of the Government to approve subcontracts and to direct the prime to perform all obligations under the prime contract. The parties further agree that no provision contained herein may restrict the right of the Government in its dealings with the Prime Contractor.

18. **Rate of Pay for On-Site Personnel.** The parties agree that the rate of pay for on-site personnel will be in accordance with the schedule provided in Attachment B and that no deviation from this schedule will be made to rate of pay for on-site personnel unless it has been mutually agreed to in advance by both AGSC and MACC. Both parties acknowledge the right of the Government to effect changes unilaterally if needed to ensure continuing compliance with the Service Contract Act and both parties will adjust both the schedule and the rate of pay for on-site personnel promptly if the change is required by the Government.

19. **Employee Incentive Program.** Both parties agree that they want to establish a uniform Incentive Program for acknowledging and rewarding outstanding performance by on-site employees. AGSC and MACC will work together over the first quarter (90 days) of the contract to define and develop an appropriate Incentive Program with the goal of implementing this program during the second contract quarter.

20. **Substitutions and Key Personnel**.

    (a) Individual task assignments, task plans or modifications may include the names of key people. Prior to diverting the specified individual(s) from work under the task assignment to other work, MACC must obtain written approval from AGSC at least ten (10) working days in advance and must submit the name of the proposed substitute person along with a brief description of his or her educational and professional background. Approval of any changes is at the sole discretion of AGSC. MACC agrees that such personnel shall not be removed from the contract work or replaced without prior approval.

    (b) If one or more of the key personnel for whatever reason becomes unavailable for work under this Subcontract for a continuous period exceeding 30 days, or is expected to devote substantially less effort to the work than indicated in the proposal or initially anticipated, MACC shall immediately notify AGSC, and promptly replace such personnel with personnel of at least substantially equal ability and qualifications. All requests for substitutions must provide a detailed explanation of the circumstances necessitating the proposed substitutions, a complete resume for the proposed substitute, and any other information requested by AGSC needed to approve or disapprove the proposed substitution. All proposed substitutes must have qualifications that are equal to or higher than the qualifications of the person to be replaced. AGSC will evaluate such requests and promptly notify the Subcontractor of approval or disapproval thereof.

21. **Safeguarding of Government Information**. AGSC and MACC mutually agree that neither they, nor any of their employees, agents or subcontractors, will disclose to any individual, company or Government Representative any information relating to current or proposed budgetary information, acquisition planning or acquisition actions, obtained either directly or indirectly as a result of the effort performed under this Subcontract, unless mutually agreed to in writing in advance. AGSC and MACC also agree that they will promptly notify each other of any attempt by an individual, company or Government Representative seeking access to such information.

22. **Hiring of Employees**. Except as otherwise agreed in writing, during the period that this Subcontract is in effect, including any extensions thereto, AGSC and MACC shall not actively recruit or otherwise induce the other party's employees assigned in connection with the effort hereunder to accept a position with the other party.

23. **Proprietary Information**. All cost information provided herewith is confidential and proprietary between the parties. Cost information provided by AGSC to MACC or by MACC to AGSC shall not be disclosed to third parties other than personnel of the U.S. Government having a need to know for such requirement as to review for evaluation purposes.

24. **Execution of Agreement of Subcontract**. IN WITNESS WHEREOF, The parties hereto have caused these presents to be executed.

| MANAGEMENT ASSISTANCE AND CONCEPTS CORPORATION | AHTNA GOVERNMENT SERVICES CORPORATION |
|---|---|
| BY /s/ | BY /s/ |
| NAME: KATHLEEN C ROBISON | NAME: Laura Gould |
| TITLE: PRESIDENT | TITLE: Vice President |
| DATE: 01/N 01 | DATE: 11/5/01 |