Received at: 8:24PM, 11/5/2001

11/05/01  17:21 FAX 831 393 0884      M A C C                              ☒005
                                                                           ☒002/002
10/26/2001 FRI 09:04 FAX 907 561 5475 AHTNA GOVT SVCS
10/26/01  10:32 FAX 831 393 1056      .  MACC ACCOUNTING DEPT.             ☒002

October 2, 2001

Dear Accounts Payable Manager:

In order to accommodate the changes and growth in our business, we have been fortunate to obtain the services of Capitol Resource Funding, Inc. as a source of financing. The availability of this services will enable us to serve our customers in a more efficient manner. Therefore, please be advised that effective immediately that the amounts due or to become due under our contract SSA-NRC 600-01-60124 based upon our invoices for direct billable performance with you have been assigned to Capitol Resource Funding, Inc. and that all such payments are to be made to Capitol Resource Funding, Inc. at the following address:

Management Assistance and Concepts Coporation (MACC)
c/o Capitol Resource Funding, Inc.
P.O. Box 79145
Baltimore, MD 21279-0145

This assignment is made under the Uniform Commercial Code. Please make the proper notations on your ledger.

This notice and instruction remains in full force and effect until Capitol Resource Funding, Inc. again notifies you in writing to the contrary.

Sincerely,
MACC                                              Capitol Resource Funding, Inc.

_____                         _____
Kathleen Robison, President                       John Malharek, Operations Supervisor

Please sign below and return this notice by fax directly to CRF at (703) 525-3005.

Acknowledged and accepted:

Company Name:    _Ahtna Government Services Corporation_
Signature:       _[signature]_
Print Name & Title: _Christopher P. Smith, President & CEO_
Signature Date:  _October 26, 2001_

10/26/2001 FRI 08:25  [TX/RX NO 7630] ☒002

EXHIBIT __B__
PAGE __1 OF 1__