Received at: 8:24PM, 11/5/2001

11/05/01  17:21 FAX 831 393 0884        M A C C                    ☒004
11/05/2001 MON 16:10  FAX 907 561 5475 AHTNA GOVT SVCS             ☒001/001
11/05/01  17:10 FAX 831 393 1058        MACC ACCOUNTING DEPT.      ☒002

05 November 2001

The undersigned authorized representative hereby certifies by executing the acknowledgement below that AHTNA GOVERNMENT SERVICES CORPORATION ("Payor") has received the goods and services from MANAGEMENT ASSISTANCE AND CONCEPTS CORPORATION ("Vendor") covered by the invoices below and performance has been completed with regard to those invoices.

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT |
|---|---|---|
| 05 November 2001 | SSA-2 | $ 37,786.81 |

Payor confirms that the total amount due on the invoice(s) is $37,786.81, that this is a valid amount and will be paid in full, without off-set or deduction. Payor acknowledges that Capitol Resource Funding, Inc. ("CRF") has been assigned payment of the amounts due or to become due under these invoices and that CRF will rely upon this letter in advancing funds to Vendor. Payor will not assert against CRF any defenses or claims that Payor may have against Vendor with regard to these invoices or otherwise and any modification or substitution between Vendor and Payor is not effective as to CRF. Payment of these invoices is not subject to receipt of payment from any other party.

Payor is to remit such payment to Capitol Resource Funding, Inc. at the following address:

> Management Assistance & Concepts Corporation
> c/o Capitol Resource Funding, Inc.
> P.O. Box 79145
> Baltimore, MD 21279-0145

Payment to any other address will not constitute payment of these invoices.

Acknowledge and accepted:

*[signature]*

Christopher R. Smith
Ahtna Government Services Corporation

EXHIBIT C
PAGE 1 OF 2

Received at: 8:24PM, 11/5/2001

11/05/01  17:20  FAX 831 393 0884        M A C C                     ☑002

**SOLD TO:**
MR. CHRISTOPHER R. SMITH
AHTNA GOVERNMENT SERVICES CORP.
3003 MINNESOTA DRIVE
SUITE 301
ANCHORAGE, AK 99503

**BILL TO:**
MR. CHRISTOPHER R. SMITH
AHTNA GOVERNMENT SERVICES CORP.
3003 MINNESOTA DRIVE
SUITE 301
ANCHORAGE, AK 99503

| INVOICE DATE: | ITEM NUMBER | TERMS: | INVOICE # | INVOICE PERIOD: |
|---|---|---|---|---|
| 10/31/01 | 01 | NET 30 | SSA-2 | 09/26/01 - 10/20/01 |

|  |  | RATE | HOURS |  |  |
|---|---|---|---|---|---|
| LABOR | Kathleen Robison | 73.55 | 160 | 11,768.00 | |
|  | Matthew Gustaf III | 73.55 | 161 | 11,841.55 | |
|  | Christine Ginn | 51.50 | 141 | 7,261.50 | |
|  | Kenneth Bayonito | 25.82 | 51 | 1,316.82 | |
|  | Steve King | 57.68 | 104 | 5,998.72 | |
|  | John Sandoe | 45.90 | 104 | 4,773.60 | |
|  |  |  | TOTAL LABOR |  | 42,960.19 |
| TRAVEL | SEE ATTACHED |  |  | 8,560.15 | |
|  |  |  | TOTAL TRAVEL |  | 8,560.15 |
| ODCS | Binders, papers, lables, transition materials |  |  | 895.53 | |
|  | Shipping |  |  | 578.88 | |
|  |  |  | TOTAL ODCS |  | 1,474.41 |
|  |  |  | TOTAL |  | 52,994.75 |
|  |  |  | PRE-TRANSITION CREDIT |  | (15,207.94) |
|  |  |  | TOTAL AMOUNT DUE |  | 37,786.81 |

DIRECT BILLING INQUIRIES TO: CHRISTINE L. GINN
MANAGEMENT ASSISTANCE AND CONCEPTS CORPORATION
203-A CALLE DEL OAKS, MONTEREY, CA 93940 (831) 393-3190

VERIFIED

1  Are you the person with authority
   to verify invoice? _Laura Gould_     Yes/No
2  Do you show payment directly to CRF?  Yes/No
3  Work completed Debtor Satisfied?      Yes/No
4  Invoice Dollar amount correct? ___    Yes/No
5  Any Reductions or Holds on Payment? __ Yes/No
6  Due Date of Payment? ___              Yes/No

Date ___11/6/01___ Time _____
Verified By ___JC___

PLEASE REMIT PAYMENT TO:
MANAGEMENT ASSISTANCE AND CONCEPTS CORP.
C/O CAPITOL RESOURCE FUNDING INC.
SUNTRUST BANK - INVESTORS CLEARING ACCOUNT
RICHMOND, VIRGINIA
ABA: 055002707

EXHIBIT _C_
PAGE _2_ OF _2_