

| Los Angeles | Washington, DC | Chicago |
|---|---|---|
| 800.992.5241 | 888.273.2424 | 800.615.6296 |

January 6, 2004

Ahtna Government Services, Inc.
Attn: Laura Gould, Executive Vice President
1115 Shore Street
West Sacramento, CA 95691

***VIA FEDERAL EXPRESS and FACSIMILE***

Dear Ms. Gould:

    Please be advised that Management Assistance & Concepts Corporation, a West Virginia corporation ("MACC") having its principal location at 203-A Calle Del Oaks, Monterey, CA 93940, entered into a Purchase and Assignment Agreement and amendments (the "Agreement"), with Capitol Resource Funding, Inc. ("CRF"), in which MACC sold its present and future accounts receivable to CRF. In accordance with the Agreement, CRF purchased all MACC's right, title, and interest in MACC's accounts receivable including invoices issued by MACC to you.

    In addition, to secure the obligations of MACC under the Agreement, CRF obtained, and perfected by filing, a first-priority security interest in all MACC's accounts receivable, invoices, and other contract rights. Further, CRF has a power of attorney from MACC which permits, among other things, CRF to receive, open and dispose of all mail addressed to MACC; to endorse all evidences of payments to MACC; and to deposit and collect all MACC receivables. A copy of the documents will be provided to you upon written request to this office.

    Please be advised that MACC is in default under the Agreement. CRF is in the process of exercising its rights and remedies against MACC, including its rights under section 9-607 of the Uniform Commercial Code as enacted by the State of West Virginia. **CONSEQUENTLY, YOU ARE HEREBY NOTIFIED THAT ALL PAYMENTS ON ANY ACCOUNT OR INVOICES NOW OR HEREAFTER DUE BY YOU TO MACC MUST BE PAID, AND MAILED / WIRED DIRECTLY AND ONLY TO:**

        Capitol Resource Funding, Inc
        P.O. Box 79145
        Baltimore, MD 21279-0145

Or

SunTrust Bank
Atlanta, GA
Credit: Investor Clearing Account, Inc.
ABA No: 061-000-104
Account No: 202669289

**Please be advised that any subsequent payment to MACC, or any other party, will not relieve your company of liability to CRF, and may result in double liability on the invoice.**

Any instructions to the contrary from MACC, or anyone purporting to represent MACC, are of no force or effect, and are not to be heeded. If you have any questions please feel free to contact me at (703) 683-5220.

Sincerely,

*[signature]*

John Malherek
Director of Operations

cc: Stephen M. Seeger, Esq..
    3243 P Street, N.W.
    Washington, D.C. 20007