RECEIVED
FEB 07 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION,<br><br>PLAINTIFF(s),<br><br>v.<br><br>CAPITAL RESOURCE FUNDING, INC.,<br><br>DEFENDANT(s). | Case No. 3:06-CV-10 JWS |

## NOTICE OF FILING CORRECTED PAGE 1 TO CRF'S REPLY TO AHTNA'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

COMES NOW counsel for Defendant and herewith files a corrected page 1 to the above referenced pleading, which was inadvertently filed using the Superior Court Case Caption and number.

Dated this ___7___ day of February, 2006.

_____
Herbert A. Viergutz, Alaska Bar No. 8606088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was mailed on the ___7___ day of February, 2006 to:

Michael G. Geraghty, Esq.
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, AK 99501-2033

_____
Herbert A. Viergutz

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

1