UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION,<br><br>PLAINTIFF(s),<br><br>v.<br><br>CAPITAL RESOURCE FUNDING, INC.,<br><br>DEFENDANT(s). | Case No. 3:06-CV-10 JWS |

### CRF'S REPLY TO AHTNA'S OPPOSITION TO
### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

COMES NOW Defendant Capitol Resource Funding ("CRF")[1], by and through undersigned counsel, and pursuant to Alaska Local Civil Rule of Civil Procedure 7.1 (b), appears specially and respectfully files this Reply to AHTNA Government Services Corporation's ("AHTNA") Opposition to CRF's Motion to Dismiss for Lack of Personal Jurisdiction ("Opposition"). As grounds therefor, CRF replies as follows:

### SUMMARY OF REPLY

AHTNA's Opposition to CRF's Motion to Dismiss for Lack of Personal Jurisdiction misrepresents its relationship with CRF and relies upon non-applicable case law. Specifically, the Alaska Long-Arm statute and related common law does not extend personal jurisdiction over CRF. Further, MACC's contacts with the state of Alaska do cannot be transferred to CRF to establish personal jurisdiction over CRF in the state of Alaska. Finally, the "first-to-file rule" in Virginia and as argued by AHTNA in support of its opposition to CRF's Motion to Dismiss for Lack of Personal Jurisdiction fails to assert

---

[1] CRF appears in this matter in the position of the Liquidation Trustee, Mr. J.W. Rayder, appointed by the U.S. Bankruptcy Court in the Eastern District of Virginia to oversee the approved CRF Liquidation Plan.

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

1