IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CAPITOL RESOURCE FUNDING, INC., | ) ) | |
| Defendant. | ) ) | Case No.: 3:06-cv-00010-JWS |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs, by and through their undersigned counsel, and pursuant to the provisions of D. Ak. L.R. 7.2, respectfully request that this court schedule oral argument on the pending Motion to Dismiss for Lack of Personal Jurisdiction filed by Capitol Resource Funding, Inc.

DATED this 10th day of February, 2006, at Anchorage, Alaska.

DeLisio Moran Geraghty & Zobel, P.C.
Attorneys for Plaintiff

/s/ Bruce A. Moore
By: _____
Bruce A. Moore
Bar No. 8611124
DeLisio Moran Geraghty & Zobel P.C.
943 W. 6th Avenue
Anchorage, AK 99501
Phone: (907) 279-9574
Fax: (907) 276-4231
E-mail: bmoore@dmgz.com

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
⎯⎯⎯⎯
(907) 279-9574

This is to certify that a true copy of
the foregoing was served via electronic
service or U.S. Mail this 10th day of
February, 2006, to the following:

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd, Ste. 280
Anchorage, AK 99501


    /s/ Juliana Wood
By _____
    Juliana Wood

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
_____

(907) 279-9574

100721 - Request for Oral Argument
*AGSC v. Capitol Resource Funding*; Case No.: 3:06-cv-00010; Page 2 of 2