IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
AHTNA GOVERNMENT SERVICES      )
CORPORATION,                   )
                               )
             Plaintiff,        )
                               )
v.                             )
                               )
CAPITOL RESOURCE FUNDING, INC.,)
                               )
             Defendant.        ) Case No.: 3:06-cv-00010-JWS
_____)
```

**MOTION FOR SHORTENED TIME CONSIDERATION
OF REQUEST FOR ORAL ARGUMENT
PURSUANT TO LOCAL RULE 7.2(c)**

Plaintiff AHTNA Government Services Corporation, through counsel, DeLisio Moran Geraghty & Zobel, P.C., moves this Court for issuance of an order scheduling oral argument on shortened time regarding Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

Shortened time is sought because the Court in the Eastern District of Virginia is holding a ruling on Plaintiff's motion to dismiss, stay or transfer in that case under advisement pending a ruling in this case. A hearing or ruling on the pending Motion to Dismiss for Lack of Personal Jurisdiction is requested within the next ten (10) days if possible because an answer is otherwise due to be filed in the Virginia case by February 21, 2006.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100722 - Motion for Shortened Time Consideration
*AGSC v. Capitol Resource Funding*; Case No.: 3:06-cv-00010; Page 1 of 2

It is unlikely that any party in interest will be harmed by granting this motion because the both parties in both cases are identical and have a common interest in a ruling on this matter.

This motion is supported by the Affidavit of the undersigned which is submitted herewith.

DATED this 10th day of February, 2006, at Anchorage, Alaska.

           DeLisio Moran Geraghty & Zobel, P.C.
           Attorneys for Plaintiff

By: /s/ Bruce A. Moore
    Bruce A. Moore
    Bar No. 8611124
    DeLisio Moran Geraghty & Zobel P.C.
    943 W. 6th Avenue
    Anchorage, AK 99501
    Phone: (907) 279-9574
    Fax: (907) 276-4231
    E-mail: bmoore@dmgz.com

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 10th day of February, 2006, to the following:

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd, Ste. 280
Anchorage, AK 99501

By /s/ Juliana Wood
    Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100722 - Motion for Shortened Time Consideration
*AGSC v. Capitol Resource Funding*; Case No.: 3:06-cv-00010; Page 2 of 2