IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) CAPITOL RESOURCE FUNDING, INC., ) ) Defendant. ) ) | Case No.: 3:06-cv-00010-JWS |

**PROPOSED ORDER GRANTING MOTION FOR**
**SHORTENED TIME CONSIDERATION**

Plaintiff AHTNA Government Services Corporation, having moved for issuance of an order scheduling oral argument on shortened time regarding Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, and having shown good cause,

IT IS ORDERED that Plaintiff's Motion for Oral Argument on Shortened Time Consideration of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is hereby GRANTED. An oral argument is scheduled for _____.

DATED: _____           _____
                                U. S. DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100724 - Order Granting Motion for Shortened Time Consideration
*AGSC v. Capitol Resource Funding*; Case No.: 3:06-cv-00010; Page 1 of 2

This is to certify that a true copy of
the foregoing was served via electronic
service or U.S. Mail this 10th day of
February, 2006, to the following:

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd, Ste. 280
Anchorage, AK 99501

```
    /s/ Juliana Wood
By _____
    Juliana Wood
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

100724 - Order Granting Motion for Shortened Time Consideration
*AGSC v. Capitol Resource Funding*; Case No.: 3:06-cv-00010; Page 2 of 2