IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| CAPITOL RESOURCE FUNDING, INC., ) ) | |
| Defendant. ) ) | Case No.: 3:06-cv-00010-JWS |

**<u>AFFIDAVIT OF BRUCE A. MOORE</u>**
**<u>IN SUPPORT OF MOTION FOR SHORTENED TIME CONSIDERATION</u>**

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

BRUCE A. MOORE, being first duly sworn, deposes and says:

1. I am counsel of record for Plaintiff AHTNA Government Services Corporation ("AGSC"). I make this affidavit in support of Plaintiff's Motion for Shortened Time Consideration of the Request for Oral Argument on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

2. This action is pending in two courts, having been filed by Plaintiff AGSC in Alaska superior court, and by Defendant CRF in district court in Alexandria, Virginia, Civil Action No. 1:05cv1251 JCC/TRW.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

3. AGSC has moved to dismiss, stay or transfer the Virginia action; CRF has moved to dismiss or stay the Alaska action.

4. A hearing on AGSC's motion was held in the Virginia court this morning, February 10, 2006. I did not attend but was informed by Virginia counsel that the court took the matter under advisement and expressed interest in the timing of a ruling in the Alaska case.

5. I received CRF's reply memorandum in the Alaska case yesterday, February 9, 2006. I am submitting a Request for Oral Argument on CRF's Motion to Dismiss. I now request that this court hear oral argument on shortened time, within the next ten (10) calendar days, because an answer is due in Virginia on February 21, 2006.

6. I called Mr. Viergutz's office and informed them of the nature of my request. Mr. Viergutz was not in, but a copy of this motion and the request for shortened time will be faxed and served electronically.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Bruce A. Moore

SUBSCRIBED AND SWORN to before me this 10th day of February, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 1/24/07

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

100723 - Affidavit of Bruce Moore
*AGSC v. Capitol Resource Funding*; Case No.: 3:06-cv-00010; Page 2 of 2