IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
AHTNA GOVERNMENT SERVICES      )
CORPORATION,                   )
                               )
               Plaintiff,      )
                               )
v.                             )
                               )
CAPITAL RESOURCE FUNDING, INC.,)
                               )
               Defendant.      )  Case No.: 3:06-cv-00010-JWS
_____)
```

**MOTION FOR LEAVE TO SUBMIT**
**SUPPLEMENTAL FACTUAL MATERIALS**
**Local Rule 7.1(h)(2)**

    Ahtna Government Services Corporation ("AGSC") hereby moves for leave to submit supplemental factual material with regard to Docket Entry 8, "Response in Opposition to Motion to Dismiss for Lack of Personal Jurisdiction." The supplemental material consists of the February 13, 2006 Order and Memorandum Opinion in *Rayder v. Ahtna Government Services Corporation*, Case No. 1:05cv1251 (JCC) (E.D. VA. 2006). The supplemental material will be filed should the Court grant leave.

    The supplemental material was not available when the Response in Opposition was filed on January 27, 2006. The supplemental material is an order in the Virginia matter, the pertinence of which was identified in the Response in Opposition at page 10, ¶24 and at page 16.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

In these circumstances, AGSC requests leave to file supplemental materials. A proposed Order is submitted with this motion.

DATED this 17th day of February, 2006, at Anchorage, Alaska.

                    DeLisio Moran Geraghty & Zobel, P.C.
                    Attorneys for Plaintiff

By: /s/ Bruce A. Moore
    Bruce A. Moore
    Bar No. 8611124
    DeLisio Moran Geraghty & Zobel P.C.
    943 W. 6th Avenue
    Anchorage, AK 99501
    Phone: (907) 279-9574
    Fax: (907) 276-4231
    E-mail: bmoore@dmgz.com

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 17th day of February, 2006, to the following:

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd, Ste. 280
Anchorage, AK 99501

By /s/ Juliana Wood
   Juliana Wood

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501-2033
(907) 279-9574

100886 - Motion for Leave to Submit Supplemental Factual Materials
*AGSC v. Capital Resource Funding*; Case No.: 3:06-cv-0010-JWS; Page 2 of 2