IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION, )<br>)<br>         Plaintiff,   )<br>)<br>v.                          )<br>)<br>CAPITAL RESOURCE FUNDING, INC., )<br>)<br>         Defendant.  )<br>_____ ) | Case No.: 3:06-cv-00010-JWS |

**ORDER GRANTING LEAVE TO SUBMIT**
**SUPPLEMENTAL FACTUAL MATERIALS**

Plaintiff Ahtna Government Services Corporation has moved for leave to submit the February 13, 2006 Order and Memorandum Opinion in *Rayder v. Ahtna Government Services Corporation*, Case No. 1:05cv1251 (JCC) as supplemental material to Docket Entry 8. The Court has reviewed the matter and finding good cause therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, Plaintiff may file its supplement as requested.


Dated: March 6, 2006                          /s/
                                    JOHN W. SEDWICK
                              U. S. DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574