IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA GOVERNMENT SERVICES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL RESOURCE FUNDING, INC., )<br>)<br>Defendant. ) | Case No.: 3:06-cv-00010-JWS |

**NOTICE OF SUPPLEMENTING RECORD**

Plaintiff Ahtna Government Services Corporation, by and through its undersigned counsel, hereby supplements the record with the February 13, 2006 Order and Memorandum Opinion in *Rayder v. Ahtna Government Services Corporation*, Case No. 1:05cv1251 (JCC).

DATED this 7th day of March, 2006, at Anchorage, Alaska.

```
                        DeLisio Moran Geraghty & Zobel, P.C.
                        Attorneys for Plaintiff

                             /s/ Bruce A. Moore
                     By:_____
                        Bruce A. Moore
                        Bar No. 8611124
                        DeLisio Moran Geraghty & Zobel P.C.
                        943 W. 6th Avenue
                        Anchorage, AK 99501
                        Phone: (907) 279-9574
                        Fax: (907) 276-4231
                        E-mail: bmoore@dmgz.com
```

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

101209 - Notice of Supplementing Record
*AGSC v. Capital Resource Funding*; Case No.: 3:06-cv-0010-JWS; Page 1 of 2

This is to certify that a true copy of
the foregoing was served via electronic
service or U.S. Mail this 7th day of
March, 2006, to the following:

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd, Ste. 280
Anchorage, AK 99501

```
         /s/ Juliana Wood
By    _____
         Juliana Wood
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

101209 - Notice of Supplementing Record
*AGSC v. Capital Resource Funding*; Case No.: 3:06-cv-0010-JWS; Page 2 of 2