UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

AHTNA GOVERNMENT SERVICES
CORP.,
       Plaintiff,

                                          Case Number 3:06-cv-00010-JWS

v.

CAPITOL RESOURCE FUNDING,
INC.,
       Defendant.                   **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this court declines to entertain a request for declaratory relief, and this case is hereby dismissed without prejudice.

APPROVED: **REDACTED SIGNATURE**

John W. Sedwick
United States District Judge

Date: May 12, 2006

NOTE: *Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                          Ida Romack
                                 Ida Romack, Clerk of Court

[306cv10JWS-proposed-judgment.wpd]{JMT2.WPT*Rev.3/03}